**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA LEMLEY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV01153  SWW |
| METROPOLITAN LIFE INSURANCE | * | |
| COMPANY and AMERICAN | * | |
| NATIONAL RED CROSS LONG- | * | |
| TERM DISABILITY PLAN | * | |
| | * | |
| Defendants | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE. The relief requested is DENIED.

IT IS SO ORDERED THIS 31ST DAY OF MAY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE